## Commonwealth *v.* Trice, Appellant.

Submitted March 19, 1973. *Carmen P. Bellefonte,* and *Kassab, Cherry & Archbold,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.